UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Frederic Guenther, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BP Retirement Accumulation Plan, *et al.* <br><br> Defendants. | Case No. 4:16-CV-00995 <br><br> Judge George C Hanks, Jr |

## INTERVENORS' NOTICE OF APPEAL

Notice is hereby given that Movants Michael Press, *et al.* ("the *Press* Plaintiffs")[1] hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order denying the *Press* Plaintiffs' Motion to Intervene entered in this action on the 1st day of November 2021 (R. Doc. 319).

Respectfully submitted,

*/s/ Jason W. Burge*
James R. Swanson
SBN (LA) 18455
jswanson@fishmanhaygood.com
Kerry J. Miller
SBN (LA) 24562
kmiller@fishmanhaygood.com
Jason W. Burge (TX Bar No. 24112316)
SBN (LA) 30420

---

[1] The *Press* Plaintiffs are approximately 280 plaintiffs who filed individual claims against BP plc and BP Corporation North America, Inc. in the matter styled as *Press, et al. v. BP plc, et al.,* No. 4:21-cv-00062, currently pending on this Court's docket. The names of each *Press* Plaintiff are set forth on Exhibit 1 to their Motion to Intervene (R. Doc. 272) and attached as Exhibit A hereto.

        jburge@fishmanhaygood.com
        Rebekka C. Veith
        SBN (LA) 36062
        rveith@fishmanhaygood.com
        C. Hogan Paschal
        SBN (LA) 38495
        hpaschal@fishmanhaygood.com
        FISHMAN HAYGOOD L.L.P.
        201 St. Charles Avenue, 46th Floor
        New Orleans, Louisiana 70170-4600
        (504) 586-5252; (504) 586-5250 fax

*Counsel to the Press Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record on this the 23rd day of November, 2021.

        */s/ Jason W. Burge*