# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
February 14, 2022
Nathan Ochsner, Clerk of Court

No. 21-20617

FREDRIC A. GUENTHER; WALTON FUJIMOTO, LES OWEN

*Plaintiffs—Appellees,*

*versus*

BP RETIREMENT ACCUMULATION PLAN; BP CORPORATION NORTH AMERICA, INCORPORATED,

*Defendants—Appellees,*

*versus*

MICHAEL PRESS,

*Movant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-995

---

Before JONES, DUNCAN, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that Appellant's Opposed Motion for Stay Pending Appeal is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 14, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-20617    Guenther v. BP Retr Accumulation
                       USDC No. 4:16-CV-995

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn Shulin
Dawn M. Shulin, Deputy Clerk
504-310-7658

Mr. Jason W. Burge
Mr. Adam Reid Carlisle
Mr. Leander Laurel James IV
Mr. Rossi Maddalena
Ms. Emma C. Mata
Mr. Philip Randolph Meade
Mr. Ian Hugh Morrison I
Mr. Nathan Ochsner
Mr. Robert W. Rachal
Mr. Howard Shapiro
Mr. Esteban Shardonofsky
Mr. Peter Steilberg
Ms. Susan Weeks