IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| FREDRIC A. GUENTHER, an individual; WALTON FUJIMOTO, an individual, and LESLIE OWEN, an individual, | |
|---|---|
| Plaintiffs | Civil Action No. 4:16-CV-995 |
| v. | |
| BP RETIREMENT ACCUMULATION PLAN, by its Plan Administrator, the Senior Vice President of Human Resources of BP CORPORATION NORTH AMERICA INC.; and BP CORPORATION NORTH AMERICA INC., a corporation, | |
| Defendants. | |

## DEFENDANTS' ADMITTED TRIAL EXHIBITS

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 6 | Letter from James Ross and Long Brochure (Def. MSJ Ex. 18) (Dep. Ex. 6) (GUE 001299 - GUE 001325) | Pre-admitted |
| 7 | B. Cohn Opening Account Balance statement (Dep. Ex. 7) (BP_0012098 - BP_0012099) | Pre-admitted |
| 8 | 1989 Laird letter and RAP brochure (Dep. Ex. 8) (GUE 002540 - GUE 002565) | Pre-admitted |
| 9 | 2011 Dorazil Letter to SOHIO heritage employees (Dep. Ex. 9) (GUE 000093 - GUE 000094 | Pre-admitted |

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 15 | 1988 ARP SPD <br> (Dep. Ex. 15) <br> (BP_0003568 - BP_0003599) | Pre-admitted |
| 17 | 1998 RAP SPD <br> (Dep. Ex. 17) <br> (BP_0003670 - BP_0003691) | Pre-admitted |
| 19 | 1991 RAP SPD <br> (Dep. Ex. 19) <br> (BP_0003625 - BP_0003647) | Pre-admitted |
| 20 | RAP Major Features Presentation <br> (Dep. Ex. 20) <br> (GUE 000708 - GUE 000729) | Pre-admitted |
| 24 | Grdina Opening Account Balance Letter <br> (Dep. Ex. 24) <br> (BP_0012484 - BP_0012485) | Pre-admitted |
| 26 | Summary of RAP Benefits for Grdina <br> (Dep. Ex. 26) <br> (BP_0012496 - BP_0012500) | Pre-admitted |
| 30 | Welcome message posted by Guenther to Yahoo! Heritage Sohio Employees Group <br> (Def. MSJ Ex. 13(K)) <br> (Dep. Ex. 30 | Pre-admitted |
| 31 | Yahoo Group Description <br> (Def. MSJ Ex. 19) <br> (Dep. Ex. 31) | Pre-admitted |
| 32 | Email correspondence between F. Guenther and R. Dorazil <br> (Def. MSJ Ex. 20) <br> (Dep. Ex. 32) <br> (BP-0020345-BP_0020346) | Pre-admitted |
| 33 | Email from Russel Stauffer to colleagues <br> (Def. MSJ Ex. 21) <br> (Dep. Ex. 33) <br> (BP_0020041 - BP_0020042) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 34 | Email From Guenther requesting plan info for Union (Dep. Ex. 34) (BP_0020349 - BP_0020352) | 6/27/23 |
| 35 | Email re Union requesting RAP balance info (Dep. Ex. 35) (BP_0019840 - BP_0019841) | Pre-admitted |
| 36 | Email from Guenther to York (Def. MSJ Ex. 13(U)) (Dep. Ex. 36) (BP_0019843 - BP_0019847) | Pre-admitted |
| 38 | GN Nelson Cover letter to RAP rollout (Dep. Ex. 38) (GUE 000238) | Pre-admitted |
| 39 | Guenther Opening Account Balance Letter (Def. MSJ Ex. 22) (Dep. Ex. 39) (GUE 001814 - GUE 001817) | Pre-admitted |
| 40 | Guenther Account Statements (Dep. Ex. 40) (GUE 002244 - GUE 002341) | 6/27/23 |
| 41 | 2018 Pension Benefit Modeling Statement for Guenther (Dep. Ex. 41) (GUE 002705 - GUE 002720) | Pre-admitted |
| 42 | Guenther FidelityNet Pension Estimates (Dep. Ex. 42) (BP_0019916 - BP_0019918) | 6/27/23 |
| 43 | BP Retirement Service Calculation Letter to Guenther (Dep. Ex. 43) (BP_0019923 - BP_0019924) | Pre-admitted |
| 44 | Guenther claim for benefits (Def. MSJ Ex. 23) (Dep. Ex. 44) (GUE 000001 - GUE 000008) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 45 | Guenther Appeal Letter<br>(Dep. Ex. 45)<br>(GUE 002343 - GUE 002359) | Pre-admitted |
| 46 | Guenther Appeal Denial Letter<br>(Dep. Ex. 46)<br>(GUE 002391 - GUE 002407 | Pre-admitted |
| 57 | Cigna retirement lawsuit message to Yahoo Group<br>(Dep. Ex. 57) | Pre-admitted |
| 59 | Correspondence between Weiss and Guenther re Sohio Pension Issues<br>(Dep. Ex. 59)<br>(BP_0020181 - BP_0020182) | Pre-admitted |
| 60 | Guenther sending 1989 Ross letter to Weiss<br>(Dep. Ex. 60) | Pre-admitted |
| 61 | Guenther comment posted in Reuters - from Yahoo Group<br>(Dep. Ex. 61) | Pre-admitted |
| 68 | Attorney correspondence re Fujimoto release<br>(Dep. Ex. 68)<br>(GUE 002635 - GUE 002643 | Pre-admitted |
| 71 | Fujimoto Settlement Checks<br>(Dep. Ex. 71)<br>(BP_0024087 - BP_0024089) | Pre-admitted |
| 77 | Fujimoto opening account balance letter<br>(Dep. Ex. 77)<br>(BP_0019941 - BP_0019945) | Pre-admitted |
| 78 | Fujimoto historical account statements<br>(Dep. Ex. 78)<br>(BP_0020028 - BP_0020028) | 6/21/23 |
| 79 | Fujimoto YE 2000 Account statement<br>(Dep. Ex. 79)<br>(BP_0025959) | 6/21/23 |
| 84 | Email summary of Sohio Issue from Guenther<br>(Dep. Ex. 84 | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 85 | Fujimoto Pension Election Authorization<br>(Dep. Ex. 85)<br>(BP_0019932 - BP_0019940) | Pre-admitted |
| 86 | Fujimoto distribution check<br>(Dep. Ex. 86)<br>(GUE 002667 - GUE 002669 | Pre-admitted |
| 101 | First communication from Office of Ombudsman<br>(Def. MSJ Ex. 28)<br>(Dep. Ex. 101)<br>(OoO 4971 - OoO 4972) | Pre-admitted |
| 112 | OoO update #2<br>(Dep. Ex. 112)<br>(OoO 4969 - OoO 4970) | Pre-admitted |
| 116 | OoO update #3<br>(Dep. Ex. 116)<br>(OoO 4968) | Pre-admitted |
| 118 | Guenther req for update from OoO<br>(Dep. Ex. 118)<br>(OoO 02349 - OoO 02350) | Pre-admitted |
| 119 | OoO update #4<br>(Dep. Ex. 119)<br>(OoO 4967) | Pre-admitted |
| 134 | OoO update #6<br>(Dep. Ex. 134)<br>(OoO 4964) | Pre-admitted |
| 135 | OoO update #7<br>(Dep. Ex. 135)<br>(OoO 4963 | Pre-admitted |
| 136 | OoO update #8, Guenther req firm date for BP resp<br>(Dep. Ex. 136)<br>(OoO 5885) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 145 | Minge Message<br>(Def. MSJ Ex. 30)<br>(Dep. Ex. 145)<br>(OoO 02399) | Pre-admitted |
| 169 | Minge ltr re BP resp to OoO recomm<br>(Dep. Ex. 169)<br>(GUE 000096 - GUE 000097) | Pre-admitted |
| 170 | KL briefing - cash balance plan<br>(Dep. Ex. 170)<br>(BP_0028339 - BP_0028369) | Pre-admitted |
| 174 | KL Uniform Salaried Pension Plan Study March 1988<br>(Dep. Ex. 174)<br>(BP_0027920 - BP_0027923 | Pre-admitted |
| 175 | KL Uniform Salaried Pension Plan Study Apr 1988<br>(Dep. Ex. 175)<br>(BP_0027918 - BP_0027919) | Pre-admitted |
| 176 | KL Analyses<br>(Dep. Ex. 176)<br>(BP_0027913 - BP_0027917) | Pre-admitted |
| 177 | KL Comparison of Pension Benefits<br>(Dep. Ex. 177)<br>(BP_0027545) | Pre-admitted |
| 178 | KL - Account Balance Pension Plan Implementation Timetable<br>(Dep. Ex. 178)<br>(BP_0027014 - BP_0027016) | 6/22/23 |
| 179 | KL - Effect of Transition to New Plan for Current EEs<br>(Dep. Ex. 179)<br>(BP_0027666 - BP_0027668) | 6/22/23 |
| 180 | Proposed Acct Balance – Mgt Briefing July 1988 (Dep. Ex. 180)<br>(BP_0026878 - BP_0026889) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 181 | KL Acct Bal Plan Calcs Aug 1988 (Dep. Ex. 181) (BP_0027662 - BP_0027665) | Pre-admitted |
| 182 | KL - details of proposed Account Bal formula (Dep. Ex. 182) (BP_0027657 - BP_0027661) | Pre-admitted |
| 183 | Letter from Kwasha Lipton to E. Rossman (Def. MSJ Ex. 33) (Dep. Ex. 183) (BP_0027633 - BP_0027648) | Pre-admitted |
| 184 | KL - Revised Acct Bal Acct formula (Dep. Ex. 184) (BP_0027596 - BP_0027602) | Pre-admitted |
| 185 | KL - Lump Sum Value of Benefits at Term (Dep. Ex. 185) (BP_0027631 - BP_0027632) | Pre-admitted |
| 186 | Illustration of Benefits Due upon Retirement (Dep. Ex. 186) (BP_0027626 - BP_0027630) | Pre-admitted |
| 187 | KL Misc slides (Dep. Ex. 187) (BP_0027603 - BP_0027616) | Pre-admitted |
| 188 | KL - Estimated Value of Projected Benefits (Dep. Ex. 188) (BP_0027049 - BP_0027050) | Pre-admitted |
| 190 | KL - Ltr to Rossman - communications project (Dep. Ex. 190) (BP_0026847 - BP_0026852) | Pre-admitted |
| 191 | KL - Results of Nov 10 1988 Acct Plan Implementation Mtg (Dep. Ex. 191) (BP_0028017 - BP_0028020) | Pre-admitted |
| 192 | BP Memo re Nov 21 Account Balance Mtg scheduled (Dep. Ex. 192) (BP_0026853 - BP_0026866) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 193 | KL - Ltr to Rossman - 1st draft ltr from mgt plan intro (Dep. Ex. 193) (BP_0026759 - BP_0026763) | Pre-admitted |
| 194 | KL - Ltr to Rossman - 2nd draft ltr from mgt plan intro (Dep. Ex. 194) (BP_0028466 - BP_0028446) | Pre-admitted |
| 195 | RAP Highlights Brochure – short version (Dep. Ex. 195) (BP_0028458 - BP_0028465) | Pre-admitted |
| 196 | RAP Highlights Brochure – long version (Dep. Ex. 196) (BP_0028447 - BP_0028457) | Pre-admitted |
| 197 | ltr to employee re new plan – draft #1 (Dep. Ex. 197) (BP_0027456 - BP_0027457) | Pre-admitted |
| 200 | RAP meeting slides (Dep. Ex. 200) (BP_0026344 - BP_0026365) | Pre-admitted |
| 204 | Letter from Kwasha Lipton to E. Rossman (Def. MSJ Ex. 34) (Dep. Ex. 204) (BP_0028478) | Pre-admitted |
| 205 | Sixth draft of Long Brochure (Def. MSJ Ex. 35) (Dep. Ex. 205) (BP_0028648 - BP_0028692) | Pre-admitted |
| 206 | Thirteenth draft of Short Brochure (Def. MSJ Ex. 36) (Dep. Ex. 206) (BP_0026452 - BP_0026456 | Pre-admitted |
| 207 | RAP Detailed Brochure –draft (Dep. Ex. 207) (BP_0026367 - BP_0026390) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 208 | Communication Elements – EE mtgs<br>(Dep. Ex. 208)<br>(BP_0026391) | Pre-admitted |
| 211 | KL - Memo re Increasing Annuity Payment Form in RAP<br>(Dep. Ex. 211) | Pre-admitted |
| 215 | KL Dec. 2 1987 meeting notes<br>(Dep. Ex. 215)<br>(BP_0028370 - BP_0028372) | Pre-admitted |
| 216 | Pension Plan Consolidation Project letter<br>(Dep. Ex. 216)<br>(BP_0026665 - BP_0026669) | Pre-admitted |
| 217 | Memo to CEO committee re RAP<br>(Dep. Ex. 217)<br>(BP_0027425 - BP_0027433) | Pre-admitted |
| 218 | Memo to Herbert re plan modifications<br>(Dep. Ex. 218)<br>(BP_0027434) | Pre-admitted |
| 219 | Memo from Paul McAuliffe to J.L. Pearce<br>(Def. MSJ Ex. 37)<br>(Dep. Ex. 219)<br>(BP_0027051 - BP_0027061) | Pre-admitted |
| 220 | Memo to CEO committee re proposed pension plan<br>(Dep. Ex. 220)<br>(BP_0026890 - BP_0028224 | Pre-admitted |
| 221 | Memo re Discount Option for Early Payout<br>(Dep. Ex. 221)<br>(BP_0027617 - BP_0027618) | Pre-admitted |
| 222 | Memo from Paul McAuliffe<br>(Def. MSJ Ex. 38)<br>(Dep. Ex. 222)<br>(BP_0028414 - BP_0028322) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 223 | Memo to Herbert re revisions in certain plan endorsed by Ross<br>(Dep. Ex. 223)<br>(BP_0030583 - BP_0030584) | Pre-admitted |
| 224 | Ltr to Ross re poss of curbing rate of growth in late career<br>(Dep. Ex. 224)<br>(BP_0027560 - BP_0027564) | Pre-admitted |
| 225 | Memo re adoption of RAP<br>(Dep. Ex. 225)<br>(BP_0026527 - BP_0026528) | Pre-admitted |
| 226 | Memo from D. L. Babinchak to P. McAuliffe re BP Retirement Programs<br>(Dep. Ex. 226)<br>(BP_0027542 - BP_0027544) | 6/26/23 |
| 227 | Memo re pension plan funding policy<br>(Dep. Ex. 227)<br>(BP_0027556 - BP_0027558) | Pre-admitted |
| 228 | Memo re Account Plan Implementation Meeting<br>(Dep. Ex. 228)<br>(BP_0028017 - BP_0028020) | Pre-admitted |
| 229 | RAP slides<br>(Dep. Ex. 229)<br>(BP_0028373 - BP_0028385) | Pre-admitted |
| 230 | 1988.05.12 meeting notes<br>(Dep. Ex. 230)<br>(BP_0027546 - BP_0027555 | Pre-admitted |
| 231 | Adoption of Acct Balance Pension Plan document<br>(Dep. Ex. 231)<br>(BP_0027513 - BP_0027525) | Pre-admitted |
| 232 | RAP Major Features<br>(Dep. Ex. 232) | Pre-admitted |
| 233 | ltr to S. Harp re RAP and communications to ees<br>(Dep. Ex. 233)<br>(BP_0028023 - BP_0028026) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 234 | Strategies for Conducting Successful Meetings<br>(Def. MSJ Ex. 40)<br>(Dep. Ex. 234)<br>(BP_0026706 - BP_0026718) | Pre-admitted |
| 236 | In Person Meeting Materials, including Presentation Slides and Script<br>(Def. MSJ Ex. 41)<br>(Dep. Ex. 236)<br>(BP_0026926 - BP_0026995) | Pre-admitted |
| 237 | Communications Objectives and Elements<br>(Def. MSJ Ex. 42)<br>(Dep. Ex. 237) | Pre-admitted |
| 238 | RAP Plan Highlights<br>(Dep. Ex. 238)<br>(BP_0027844 - BP_0027873) | Pre-admitted |
| 239 | RAP Major Features<br>(Dep. Ex. 239)<br>(BP_0028252 - BP_0028288) | Pre-admitted |
| 240 | RAP Major Features –Draft<br>(Dep. Ex. 240)<br>(BP_0028581 - BP_0028612) | Pre-admitted |
| 241 | FAQ and Answers<br>(Def. MSJ Ex. 43)<br>(Dep. Ex. 241)<br>(BP_0027874 - BP_0027886) | Pre-admitted |
| 242 | 1990 Interest Rate Credit Announcement<br>(Def. MSJ Ex. 44)<br>(Dep. Ex. 242)<br>(BP_0027257) | 6/22/23 |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 243 | 1991 Regular Interest Rate Credit Announcement<br>(Def. MSJ Ex. 45)<br>(Dep. Ex. 243)<br>(BP_0027249) | 6/22/23 |
| 244 | 1994 Regular Interest Rate Credit Announcement<br>(Def. MSJ Ex. 46)<br>(Dep. Ex. 244)<br>(BP_0027239) | 6/22/23 |
| 247 | Short Brochure<br>(Def. MSJ Ex. 47)<br>(Dep. Ex. 247)<br>(BP_0027990 - BP_0027997) | Pre-admitted |
| 256 | Ross Letter & Short Brochure<br>(Dep. Ex. 256)<br>(GUE_001299 & GUE_0027990 - GUE_0027997) | Pre-admitted |
| 257 | Long Brochure<br>(Dep. Ex 257)<br>(GUE 001300 - GUE 001325) | Pre-admitted |
| 259 | Owens Statement showing Activity for 1989<br>(Dep. Ex 259)<br>(GUE 014303 - GUE 014304) | 6/21/23 |
| 260 | Owen Account Statement Early 1991<br>(Dep. Ex 260)<br>(GUE 014307 - GUE 014308) | 6/21/23 |
| 261 | Owen Account Statement First Half of 1991<br>(Dep. Ex 261)<br>(GUE 014279) | 6/21/23 |
| 262 | Owen Account Statement Ending 12-31-1991<br>(Dep. Ex 262)<br>(GUE 014280) | 6/21/23 |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 263 | Owen Account Statement Ending 12-31-1992 (Dep. Ex 263) (GUE 014281 | 6/21/23 |
| 264 | Owen Account Statement Ending 12-31-1993 (Dep. Ex 264) (GUE 014282) | 6/21/23 |
| 265 | Owen Account Statement Ending 12-31-1994 (Dep. Ex 265) (GUE 014283) | 6/21/23 |
| 266 | Owen Account Statement Ending 12-31-1995 (Dep. Ex 266) (GUE 014284) | 6/21/23 |
| 267 | Owen Account Statement Ending 12-31-1996 (Dep. Ex 267) (GUE 014285) | 6/21/23 |
| 268 | Owen Account Statement Ending 12-31-1997 (Dep. Ex 268) (GUE 014286) | 6/21/23 |
| 270 | Owen Account Statement Ending 12-31-1998 (Dep. Ex 270) (GUE 014287) | 6/21/23 |
| 298 | 2015 RAP Plan document - as of January 1, 2015 (Dep. Ex 298) (BP_0002848 - BP_0002951) | Pre-admitted |
| 900 | email correspondence between F. Guenther and R. Dorazil (Def. MSJ Ex. 13(A)) (BP_0025569 - BP_0025570) | 6/27/23 |
| 901 | Guenther email to Minge (Def. MSJ Ex. 13(B)) (BP_0019887– BP_0019888) | Pre-admitted |
| 905 | Email and attachments from Guenther to Minge (Def. MSJ Ex. 13(F)) (BP_0024848 - BP_0024850) | 6/27/23 |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 911 | Copy of "25998_Heritage Pension Flyer" posted by Guenther to Yahoo! Heritage Sohio Employees Group "Files" page (Def. MSJ Ex. 13(O)) | 7/17/23 |
| 917 | Email from Guenther to Marc Kovac, Kristjan Dye, Mike W. Elson, Mike D. Moma, and Jeanne Stewart (Def. MSJ Ex. 13(V)) (GUE 004879) | 6/27/23 |
| 922 | Confidential Settlement Agreement and Release of Claims executed by W. Fujimoto (Def. MSJ Ex. 14(E)) (BP-0024090-BP-0024095) | Pre-admitted |
| 923 | 1988 BP Amer. Retirement Plan document (Def. MSJ Ex. 15(A)) (BP_0000001 –0000084) | Pre-admitted |
| 925 | 1988 ARP Summary Plan Description (Def. MSJ Ex. 15(B)) (BP_0003568 | Pre-admitted |
| 927 | 1989 BP Retirement Accumulation Plan ("RAP") (Def. MSJ Ex. 15(C)) (BP_0000085 - BP_0000187) | Pre-admitted |
| 929 | RAP plan document (Def. MSJ Ex. 15(D)) (BP_0000188 - BP_0000410) | 7/17/23 |
| 930 | RAP plan document (Def. MSJ Ex. 15(E)) (BP_0000411 - BP_0001044) | 7/17/23 |
| 931 | RAP plan document (Def. MSJ Ex. 15(F)) (BP_0001045 - BP_0001253) | 7/17/23 |
| 932 | RAP plan document (Def. MSJ Ex. 15(G)) (BP_0001254 - BP_0001603) | 7/13/23 |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 933 | RAP plan document <br> (Def. MSJ Ex. 15(H)) <br> (BP_0001604 - BP_0001956) | 7/18/23 |
| 934 | RAP plan document <br> (Def. MSJ Ex. 15(I)) <br> (BP_0001957 - BP_0002387) | 7/18/23 |
| 935 | RAP plan document <br> (Def. MSJ Ex. 15(J)) <br> (BP_0002388 - BP_0002844) | 7/18/23 |
| 936 | RAP plan document <br> (Def. MSJ Ex. 15(K)) <br> (BP_0002845 - BP_0003413) | 7/18/23 |
| 937 | RAP SPD <br> (Def. MSJ Ex. 15(L)) <br> (BP_0003625 - BP_0003647) | Pre-admitted |
| 939 | RAP SPD <br> (Def. MSJ Ex. 15(N)) <br> (BP_0003670 - BP_0003691) | Pre-admitted |
| 940 | RAP SPD <br> (Def. MSJ Ex. 15(O)) <br> (BP_0003692 - BP_0003738) | 7/13/23 |
| 944 | RAP SPD <br> (Def. MSJ Ex. 15(S)) <br> (BP_0003877 - BP_0003943) | Pre-admitted |
| 945 | RAP SPD <br> (Def. MSJ Ex. 15(T)) <br> (BP_0003944 - BP_0004020) | Pre-admitted |
| 946 | RAP SPD <br> (Def. MSJ Ex. 15(U)) <br> (BP_0004021 - BP_0004097) | Pre-admitted |
| 947 | RAP SPD <br> (Def. MSJ Ex. 15(V)) <br> (BP_0004098 - BP_0004170) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 948 | RAP SPD<br>(Def. MSJ Ex. 15(W))<br>(BP_0004171 - BP_0004245) | Pre-admitted |
| 949 | RAP SPD<br>(Def. MSJ Ex. 15(X))<br>(BP_0004246 - BP_0004320) | Pre-admitted |
| 950 | RAP SPD<br>(Def. MSJ Ex. 15(Y))<br>(BP_0004321 - BP_0004396) | Pre-admitted |
| 951 | RAP SPD<br>(Def. MSJ Ex. 15(Z))<br>(BP_0004397 - BP_0004472) | Pre-admitted |
| 958 | Guenther email to DOL<br>(Def. MSJ Ex. 53(G))<br>(GUE 004060) | 6/27/23 |
| 965 | Email re: More Problems at BP - contact investigative reporter<br>(Guenther RFA Ex. H)<br>(BP_0025663 - BP_0025664) | 6/27/23 |
| 978 | Steven Grenadier Expert Report - Appendix A: Curriculum Vitae | Pre-admitted |
| 979 | Steven Grenadier - Expert Report - Updated Exhibit 1: Inflation and One Year U.S. Treasury Constant Maturity Rates 1960 - 4/20/202 | Pre-admitted |
| 993 | Thomas S. Terry Expert Report - Appendix A: Curriculum Vita | Pre-admitted |
| 994 | Guenther paystubs<br>(GUE 014448 - GUE 01499 | Pre-admitted |
| 995 | 1988 ARP Amended Annual Report<br>(BP_0026529 - BP_0026634 | Pre-admitted |
| 996 | 1989 RAP Annual Report<br>(BP_0024169 - BP_0024263) | Pre-admitted |

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 999 | Kwasha Lipton Analysis (BP_0027649 - BP_0027656) | Pre-admitted |
| 1004 | Fujimoto CB Fiche #1 (BP_0033188 - BP_0033242 | Pre-admitted |
| 1005 | Fujimoto CB Fiche #2 (BP_0033161 - BP_003318 | Pre-admitted |
| 1006 | Guenther CB Fiche (BP_0033107 - BP_0033155 | Pre-admitted |
| 1007 | Owen CB Fiche (BP_0033059 - BP_0033106) | Pre-admitted |
| 1008 | Defined Benefit Calculation Detail Worksheet –Fujimoto (BP_0031415 - BP_0031429 | Pre-admitted |
| 1009 | Qual RET Forms –Owen (BP_0033031 - BP_0033038) | Pre-admitted |
| 1017 | BP Letter: Notification of Interest Rate in 1997 (BP_0028715) | Pre-admitted |
| 1020 | RAP Distribution Check (GUE 002667 | Pre-admitted |
| 1021 | Settlement Packet to S. Fujimoto (GUE 002608 - GUE 002619) | Pre-admitted |
| 1025 | Cover Letter and Fujimoto Settlement Checks (GUE 002597 - GUE 002599) | Pre-admitted |
| 1027 | Fujimoto Pension Election Authorization (BP_0198268 - BP_0198276) | Pre-admitted |
| 1036 | Letter from W & S Fujimoto enclosing signed settlement agreements to BP (GUE 014217) | Pre-admitted |
| 1037 | Minutes of Regular Meeting of Board of Directors BP America Inc. (BP_0032899 - BP_0032901) | 7/18/23 |
| 1044 | Email from R. Dorazil to R. McCarthy re: Sohio Employees Retirement Program (BP_0029284) | 7/14/23 |

17

97838023v.1

| TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1045 | Email from J. Durning to C. Chuang et al. re: Inequality in Retirement Plan Benefits for US Sohio Heritage Staff (BP_0029300 - BP0029303) | 7/14/23 |
| 1046 | Email from C. York to Guenther re: Heritage Sohio - review of opening account calculation (BP_0029371 - BP_0029373) | 7/17/23 |
| 1047 | Email from C. York to J. Heller re: Heritage Sohio - appeal how opening balance calculated (BP_0029398 - BP_0029401) | 7/17/23 |
| 1050 | Guenther Amended Interrogatory Response | 6/27/23 |
| 1055 | *Nichols v. BP* – Complaint | Admitted |
| 1056 | Settlement Agreement and Class Notice –*Nichols v. BP* | Admitted |
| 1057 | Order Granting Final Approval of Nichols Settlement | Admitted |
| 1058 | Report on Settlement Compliance – *Nichols v. BP* | Admitted |
| 1060 | BP Signed settlement agreement – W. Fujimoto | 6/21/23 |
| 1061 | BP Signed settlement S. Fujimoto | 6/21/23 |
| 1072 | Steven Grenadier – Curriculum Vita: April 2023 | 7/17/23 |
| 1073 | Authorization of Group Vice President Human Resources, BP Amoco P.L.C. | 7/18/23 |
| 1074 | State of Indiana Office of Secretary of State Certified Copies | 7/18/23 |
| 1075 | Unanimous Written Consent in Lieu of Meeting of the Board of Directors of BP Amoco Corporation and BP America, Inc. Unanimous Written Consent to the Adoption of Resolution | 7/20/23 |
| 1076 | Thomas S. Terry – Professional Biography and Qualifications | 7/18/23 |

97838023v.1

Dated: August 30, 2023					Respectfully submitted,

By:     */s/ Ian H. Morrison*
    Ian H. Morrison, Attorney in Charge:
    Illinois State Bar No. 6231153
    S.D. Texas Bar No. 1619213
    imorrison@seyfarth.com

    Monica Fitzgerald, Of Counsel
    Texas State Bar No. 07088320
    mafitzgerald@vorys.com

    Steven R. Rech, Of Counsel
    Texas State Bar No. 16649200
    srech@vorys.com

    Emma Mata, Of Counsel
    Texas State Bar No. 24029470
    emata@seyfarth.com

    Thomas Horan, Of Counsel
    Illinois State Bar No. 6324075
    thoran@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:     (713) 225-2300
Facsimile:     (713) 225-2340

VORYS, SATER, SEYMOUR & PEASE
909 Fannin, Suite 2700
Houston, TX 77010

*Attorneys for Defendants BP Retirement Accumulation Plan and BP Corporation North America Inc.*

97838023v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I served this document on all counsel of record via ECF filing on August 30, 2023, to:

Philip Randolph Meade
Peter Steilberg
Merrick Hofstedt and Lindsey PS
3101 Western Ave, Ste 200
Seattle, WA 98121
Email: pmeade@mhlseattle.com
psteilberg@mhlseattle.com

Leander L. James, IV
Susan Patricia Weeks
Brady Espeland
James Vernon and Weeks PA
1626 Lincoln Way
Coeur d'Alene, ID 83814
Email: ljames@jvwlaw.net
sweeks@jvwlaw.net
brady@jvwlaw.net

Jason W. Burge
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Email: jburge@fishmanhaygood.com


        /s/ *Ian H. Morrison*
        Ian Morrison