# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

FREDRIC A. GUENTHER, an
individual; WALTON FUJIMOTO,
an individual, and LESLIE OWEN, an
individual,

              Plaintiffs

      v.

BP RETIREMENT ACCUMULATION
PLAN, by its Plan Administrator, the
Senior Vice President of Human
Resources of BP CORPORATION
NORTH AMERICA INC.; and BP
CORPORATION NORTH AMERICA
INC., a corporation,

              Defendants.

Civil Action No. 4:16-CV-995

## PLAINTIFFS' SECOND AMENDED EXHIBIT LIST

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 3 | Meeting Notes in Houston Prior to General Rollout of RAP<br><br>(Dep. Ex. 3; GUE002664 - GUE002666) | 6/27/23 |
| 6 | James Ross Letter dated 06.12.89 re. Retirement Accumulation Plan w Brochure<br><br>(Dep. Ex. 6; GUE 001299 - GUE 001325) | Pre-admitted |
| 8 | Letter from BP (C.M. Laird) dated 07.19.89 re. Alaska North Slope Employees Plan<br><br>(Dep. Ex. 8; GUE 002540 - GUE 002565) | Pre-admitted |
| 9 | July 21, 2011 Letter from Rick Dorazil to "Heritage Sohio Employee"<br><br>(GUE 000093 - GUE 000094) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 22 | J. Grdina Curriculum Vitae<br><br>(Dep. Ex. 22) | 6/27/23 |
| 36 | Email Chain; Fritz to John Minge and Steve Bennion. Cliff York to Fritz. Dudley to Schuster re. Heritage Sohio dated 02.07.13<br><br>(Dep. Ex. 36; BP_0019843 - BP_0019847) | Pre-admitted |
| 37 | BP America RAP Major Features (Slide Deck)<br><br>(Dep. Ex. 37; BP_0017646 - BP_0017667; GUE 000708 - GUE 000729) | Pre-admitted |
| 38 | Nelson Letter dated 06.12.89 re. Retirement Accumulation Plan<br><br>(Dep. Ex. 38; GUE 000238) | Pre-admitted |
| 39 | Undated letter to Guenther re. BP proposed accounting for RAP Opening Balance<br><br>(Dep. Ex. 39; GUE 001814 - GUE 001817) | Pre-admitted |
| 41 | 04.19.18 re. Pension Modeling Statement for Guenther<br><br>(Dep. Ex. 41; GUE 002705 - GUE 002720) | Pre-admitted |
| 43 | Letter from BP to Guenther dated 11.29.12 re. Benefit Calculations<br><br>(Dep. Ex. 43; BP_0019923 - BP_0019924) | Pre-admitted |
| 44 | 02.27.15 Letter from MHL to BP ERISA Claims Analyst<br><br>(Dep. Ex. 44; GUE 000001 - GUE 000008) | Pre-admitted |
| 45 | 10.15.15 Letter from MHL to RAP Appeal Admin re. Guenther Claim<br><br>(Dep. Ex. 45; GUE 002343 - GUE 002359) | Pre-admitted |
| 46 | Letter from BP to Lee James dated 12.30.15 re. Guenther Appeal<br><br>(Dep. Ex. 46; GUE 002391 - GUE 002407) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 51 | EPTG Pension Discuss Slides<br><br>(Dep. Ex. 51) | 6/27/23 |
| 59 | Email between Weiss and Guenther re. pension issue update<br><br>(Dep. Ex. 59; BP_0020181 - BP_0020182) | Pre-admitted |
| 60 | Email to Weiss from Guenther re. 89-page letter from J Ross<br><br>(Dep. Ex. 60; BP_0020210 - BP_0020211) | Pre-admitted |
| 69 | 12.15.14 Email from Hall to James re. settlement<br><br>(Dep. Ex. 69; GUE 002658 - GUE 002659) | 6/20/23 |
| 70 | Fujimoto Settlement Agreement & Release<br><br>(Dep. Ex. 70; BP_0024090 - BP_0024094) | Pre-admitted |
| 71 | 01.20.15 Letter from Helena Hall to Fujimoto<br><br>(Dep. Ex. 71; BP_0024087 - BP_0024089) | Pre-admitted |
| 77 | Letter to Fujimoto with Opening Account Information<br><br>(Dep. Ex. 77; BP_0019941 - BP_0019945) | Pre-admitted |
| 85 | Fujimoto Pension Benefit Election Authorization<br><br>(Dep. Ex. 85; BP_0019932 - BP_0019940) | Pre-admitted |
| 86 | Mandatory Cashout Check #xxx1965 and #xxx3553 to S Fujimoto<br><br>(Dep. Ex. 86; GUE 002667 - GUE 002669) | Pre-admitted |
| 92 | 10/15/11 to 10/16/11 Email Correspondence between Billie Garde and Jeff Heller<br><br>(Dep. Ex. 92; OoO 4919 - OoO 4921; Dkt. 141-04 (Ex D.)) | 7/14/23 |
| 93 | Letter from Heller to Judge Sporkin dated 10.24.11<br><br>(Dep. Ex. 93; OoO 4922 - OoO 4924) | 7/14/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 95 | Email of 10.27.12 from M Brothers to York re. side-by-side comparison<br><br>(Dep. Ex. 95; OoO 4265 - OoO 4267) | 7/13/23 |
| 96 | 11.14.12 Email from Heller to York re. no response<br><br>(Dep. Ex. 96; OoO 4910 - OoO 4911) | 7/14/23 |
| 97 | Email from B Garde to personal email re. conversation with Heller<br><br>(Dep. Ex. 97; OoO 4906 – OoO 4907) | 7/14/23 |
| 98 | 12.14.12 Email from Heller to S Cornwell re. Draft Communication to SOHIO Concerned Employees<br><br>(Dep. Ex. 98; OoO 4901 - OoO 4905) | 7/14/23 |
| 99 | Comments from Heller dated 12.18.12 re. pension disparity<br><br>(Dep. Ex. 99; OoO 4263) | 7/13/23 |
| 100 | 12.18.12 Email from J Heller to B Garde re. Sohio Pension Issue<br><br>(Dep. Ex. 100; OoO 4258 - OoO 4262) | 7/11/23 and 7/14/23 |
| 101 | 12.18.12 Email from P Eatedali to Employees re. pension disparity<br><br>(Dep. Ex. 101; OoO 4971 - OoO 4972) | Pre-admitted |
| 103 | Email string of 01.24.13 from Garde to Heller re. Sohio<br><br>(Dep. Ex. 103; OoO 4890 - OoO 4892) | 714/23 |
| 106 | Email Abbassi to Garde dated 01.30.13 re. Minge response<br><br>(Dep. Ex. 106; OoO 4684 - OoO 4689) | 7/13/23 |
| 107 | Email Abbassi to "undisclosed" dated 03.28.13 re. Amoco Arco retention<br><br>(Dep. Ex. 107; OoO 00086 - OoO 00088) | 7/13/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 108 | Email Brothers to Garde dated 04.19.13 re. comparison spreadsheets<br><br>(Dep. Ex. 108; OoO 4439 - OoO 4443) | 7/13/23 |
| 109 | Email Brothers to Cornwell dated 04.02.13 re. Confidential Draft Communication to Sohio CIs<br><br>(Dep. Ex. 109; OoO 4268 - OoO 4271) | 7/13/23 |
| 110 | 4.2-10.13 Email Heller and Eatedali re. Draft BP Office of Ombudsman Confid.<br><br>(Dep. Ex. 110; OoO 7151 - OoO 7153) | 7/14/23 |
| 111 | 04.11.13 Email Garde to Heller re. Draft Comm to Sohio CIs<br><br>(Dep. Ex. 111; OoO 7154 - OoO 7157) | 7/14/23 |
| 112 | 04.12.13 Email Cornwell to Redacted re. Update from Office of Ombudsman to Sohio Employees<br><br>(Dep. Ex. 112; OoO 4969 - OoO 4970) | Pre-admitted |
| 113 | 04.19.13 Email from Garde to Heller<br><br>(Dep. Ex. 113; OoO 5199 - OoO 5202) | 7/14/23 |
| 116 | 05.24.13 Email Eatedali to Abbassi re. follow up to pension matter.<br><br>(Dep. Ex. 116; OoO 4968) | Pre-admitted and Admitted 7/14/23 |
| 117 | 07.02.13 Email Eatedali to Garde re. RAP Ret. Benefits<br><br>(Dep. Ex. 117; OoO 7163 -7168) | 7/13/23 |
| 118 | 07.22.13 Email Abbassi to Cornwell re. Update<br><br>(Dep. Ex. 118; OoO 02349 - OoO 02350) | Pre-admitted and Admitted 7/14/23 |
| 121 | Issues Spreadsheet: Enhancements to AR/AM were unfair to Sohio<br><br>(Dep. Ex. 121; OoO 4522 - OoO 4536) | 7/13/23 |
| 122 | 08.29.13 Email Garde to Heller re. Q&A docs<br><br>(Dep. Ex. 122; OoO 7169 - OoO 7181) | 7/13/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 123 | 08.30.13 Email Garde to Heller re. final QA Resend<br><br>(Dep. Ex. 123; OoO 7242 - 7244; OoO 7251 - OoO 7252) | 7/14/23 |
| 125 | 09.19.13 Email from Abbassi to Redacted re. Fifth Update to CIs<br><br>(Dep. Ex. 125; OoO 4965 - OoO 4966) | 7/14/23 |
| 128 | 09.26.13 Email Garde to Heller re. Officer of Ombudsman visit<br><br>(Dep. Ex. 128; OoO 7272 - OoO 7273) | 7/14/23 |
| 129 | 10.23.13 Email Garde to Cornwell re. SOHIO QAs w BP Responses<br><br>(Dep. Ex. 129; OoO 7206 - OoO 7224) | 7/14/23 |
| 130 | 10.23.13 Email Garde to Heller re. BP Responses to Sohio Heritage Retirement Questions<br><br>(Dep. Ex. 130; OoO 7229 - OoO 7230) | 7/14/23 |
| 132 | 02.21.14 Email Heller to Cornwell re. Comments on draft Office of Ombudsman Letter<br><br>(Dep. Ex. 132; OoO 5225 - OoO 5231) | 7/13/23 |
| 133 | 02.21.14 Email Garde to Cornwell re. comments on draft Office of Ombudsman Letter<br><br>(Dep. Ex. 133; OoO 7231 - OoO 7237) | 7/13/23 |
| 134 | Undated letter from Garde to Sohio Individuals (6th Update)<br><br>(Dep. Ex. 134; OoO 4964) | Pre-admitted |
| 135 | 03.13.14 Letter from Office of Ombudsman re. 7th Update<br><br>(Dep. Ex. 135; OoO 4963) | Pre-admitted |
| 136 | 05.08.14 Email Guenther to Cornwell re. Message from BP Office of Ombudsman<br><br>(Dep. Ex. 136; OoO 5885 - OoO 5886) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 137 | 10.24.11 Letter from Heller to Judge Sporkin re. Pension Inquiry<br><br>(Dep. Ex. 137; OoO 5216 - OoO 5219) | 7/14/23 |
| 138 | 07.30.14 Email Garde to Heller re. Draft Status of Update Statement<br><br>(Dep. Ex. 138; OoO 7238) | 7/14/23 |
| 139 | Sporkin Lynch Update of 08.17.14<br><br>(Dep. Ex. 139; OoO 4955 - OoO 4960) | 7/17/23 |
| 141 | 09.05.14 Email Garde to Heller re. Sohio Draft Communication<br><br>(Dep. Ex. 141; OoO 7245 - OoO 7250) | 7/14/23 |
| 142 | 09.16.14 Email Garde to Cornwell re. BP Sohio Message<br><br>(Dep. Ex. 142; OoO 7253 - OoO 7262) | 7/14/23 |
| 143 | 09.19.14 Letter from S. Sporkin to "Concerned Employee"<br><br>(Dep. Ex. 143; OoO 7331 - OoO 7332) | 7/13/23 |
| 144 | Office of Ombudsman Investigation Final Report Summary<br><br>(Dep. Ex. 144; OoO 7263 - OoO 7271) | 7/13/23 |
| 145 | A Message from J. Minge dated 09.22.14<br><br>(Dep. Ex. 145; OoO 2399) | Pre-admitted and Admitted 7/14/23 |
| 146 | Confidential Investigation Final Report Case No 2011-052<br><br>(Dep. Ex. 146; OoO 7349 - OoO 7411) | 7/13/23 |
| 150 | 10.6.13 Email Ward to Heller and Weiss to Denman re. Office of Ombudsman investigation incomplete<br><br>(Dep. Ex. 150; BP_0026078 - BP_0026080) | 7/11/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 156 | 08.04.14 Email Weiss to Hall re. Draft of Breach of Code of Conduct Filing<br><br>(Dep. Ex. 156; BP_0026258 - BP_0026259) | 7/11/23 |
| 159 | 04.17.14 Email Weiss to Guenther re. Pension Issue Update<br><br>(Dep. Ex. 159) | 6/22/23 |
| 168 | 10.25.11 Email from Heller to Judge Sporkin w Attached Letter<br><br>(Dep. Ex. 168; BP_0024351 - BP_0024356) | 7/18/23 |
| 169 | 09.15.14 Letter to Sohio Employ from Minge<br><br>(Dep. Ex. 169; GUE 000096 - GUE 000097) | Pre-admitted |
| 170 | Kwasha Lipton Cash Balance Pension Plan – Fall 1987<br><br>(Dep. Ex. 170; BP_0028339 - BP_0028369) | Pre-admitted |
| 174 | Kwasha Lipton Memo 03.28.88 from Liberty/Salinaro re. Uniform Salaried Pension Plan Study<br><br>(Dep. Ex. 174; BP_0027920 - BP_0027923) | Pre-admitted |
| 175 | 04.12.88 Memo from Liberty/Salinaro re. Uniform Salaried Pension Plan Study<br><br>(Dep. Ex. 175; BP_0027918 - BP_0007919) | Pre-admitted |
| 176 | 04.19.88 Fax from Salinaro to Collier re. Lump Sum Benefit of Full Career Employees<br><br>(Dep. Ex. 176; BP_0027913 - BP_0027917) | Pre-admitted |
| 177 | 05.10.88 Kwasha Lipton Comparison of Benefits<br><br>(Dep. Ex. 177; BP_0027545) | Pre-admitted |
| 180 | 07.21.88 Transmittal re. Proposed Account Balance Plan<br><br>(Dep. Ex. 180; BP_0026878 - BP_0026889) | Pre-admitted |
| 181 | 08.10.88 Transmittal re. Account Balance Plan as a Percentage of the Standard Oil Retirement Plan by age<br><br>(Dep. Ex. 181; BP_0027662 - BP_0027665) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 182 | 08.19.88 Details of Proposed Account Balance Plan Formula<br><br>(Dep. Ex. 182; BP_0027657 - BP_0027661) | Pre-admitted |
| 183 | 08.26.88 Kwasha Lipton Letter K. Salinaro to E. Rossman re. Account Balance Plan<br><br>(Dep. Ex. 183; BP_0027633 - BP_0027648) | Pre-admitted |
| 184 | 09.01.88 Kwasha Lipton – BP America Lump Sum Value of Benefits at Termination<br><br>(Dep. Ex. 184; BP_0027596 - BP_0027602) | Pre-admitted |
| 185 | 09.01.88 Kwasha Lipton – BP America Lump Sum Value of Benefits at Termination<br><br>(Dep. Ex. 185; BP_0027631 - BP_0027632) | Pre-admitted |
| 186 | 09.02.88 BP America Illustration of Benefits due upon Retirement<br><br>(Dep. Ex. 186; BP_0027626 - BP_0027630) | Pre-admitted |
| 187 | 10.01.88 Kwasha Lipton – Objectives for the Study (first page)<br><br>(Dep. Ex. 187; BP_0027603) | Pre-admitted |
| 190 | 11.17.88 Kwasha Lipton Letter to E. Rossman re. Account Balance Pension Plan<br><br>(Dep. Ex. 190; BP_0026847 - BP_0026852) | Pre-admitted |
| 191 | 11.18.88 Kwasha Lipton Memo to Rossman and others re. Result of 11.10.88 Implementation Mtg<br><br>(Dep. Ex. 191; BP_0028017 - BP_0028020) | Pre-admitted |
| 192 | 11.18.88 Memo from OT Williams re. Account Balance Mtg<br><br>(Dep. Ex. 192; BP_0026853 - BP_0026866) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 193 | 11.28.88 Kwasha Lipton Letter to E Rossman from E Selip re. Account Balance Plan<br><br>(Dep. Ex. 193; BP_0026759 - BP_0026763) | Pre-admitted |
| 194 | 12.05.88 Kwasha Lipton Letter to E Rossman from E Selip re. Second Draft of Letter and New Brochure<br><br>(Dep. Ex. 194; BP_0028466; BP_0028444 - BP_0028446) | Pre-admitted |
| 195 | 12.05.88 Kwasha Lipton BP America Retirement Accumulation Plan Highlight Brochure – First Draft<br><br>(Dep. Ex. 195; BP_0028458 - BP_0028465) | Pre-admitted |
| 196 | 12.05.88 Kwasha Lipton BP America RAP Highlight Brochure - Long Version<br><br>(Dep. Ex. 196; BP_0028447 - BP_0028457) | Pre-admitted |
| 197 | Draft of 12.08.88 Employee letter re. Companies Retirement Plan from HR<br><br>(Dep. Ex. 197; BP_0027456 - BP_0027457) | Pre-admitted |
| 204 | 12.09.77 Letter from E. Selip to E Rossman re. third draft<br><br>(Dep. Ex. 204; BP_0028478) | Pre-admitted |
| 205 | 04.21.89 BP RAP Detailed Brochure – Sixth Draft<br><br>(Dep. Ex. 205; BP_0028648 - BP_0028692) | Pre-admitted |
| 206 | 04.25.89 BP RAP Detailed Brochure – Thirteenth Draft<br><br>(Dep. Ex. 206; BP_0026452 - BP_0026456) | Pre-admitted |
| 207 | 05.01.89 BP RAP Draft of Long Brochure<br><br>(Dep. Ex. 207; BP_0026366 - BP_0026390) | Pre-admitted |
| 212 | Actuarial Information Form – Draft<br><br>(Dep. Ex. 212; BP_0026493 - BP_0026494) | 6/23/23 |
| 213 | Kwasha Lipton Retirement Plans for US Employees<br><br>(Dep. Ex. 213; BP_0026462) | 6/23/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 214 | Focus on Benefits pamphlet dated Sept. 1999<br><br>(Dep. Ex. 214; BP_0013467 - BP_0013468; BP_0013478) | 6/27/23 |
| 216 | Pension Plan Consolidation Project of Feb. 29, 1988<br><br>(Dep. Ex. 216; BP_0026665 - BP_0026669) | Pre-admitted |
| 220 | 07.13.88 Memo to members of Exec Officer Committee from McAuliffe re. Proposed Pension Plan<br><br>(Dep. Ex. 220; BP_0026890 - BP_0026894; BP_0028394 -BP_0028396; BP_0028224) | Pre-admitted |
| 222 | 09.21.88 Memo to Members of Exec Officer's Committee from McAuliffe re. Areas of Concern with Proposed Account Balance Pension Plan<br><br>(Dep. Ex. 222; BP_0028414 - BP_0028416; BP_0028220; BP_0028218; BP_0028299; BP_0028322) | Pre-admitted |
| 223 | 11.17.88 Memo to AS Herbert from McAuliffe re. revisions to certain BP America pension plans<br><br>(Dep. Ex. 223; BP_0030583 - BP_0030584) | Pre-admitted |
| 225 | 12.26.89 Memo to DR Bankowski from McAuliffe re. Adoption of BP America RAP<br><br>(Dep. Ex. 225; BP_0026527 - BP_0026528) | Pre-admitted |
| 227 | 08.15.88 Memo to EP Browne from McAuliffe re. pension Plan Funding Policy/methodology<br><br>(Dep. Ex. 227; BP_0027556 - BP_0027558) | Pre-admitted |
| 229 | 1988 Retirement Plan Goals<br><br>(Dep. Ex. 229; BP_0028373 - BP_0028385) | Pre-admitted |
| 231 | Adoption of Account Balance Pension Plan re. revising salaried employees pension plan as of Jan. 1989<br><br>(Dep. Ex. 231; BP_0027513 – BP_0027525) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 232 | BP America RAP Major Features dated Dec. 13, 1988<br><br>(Dep. Ex. 232; BP_0026780 - BP_0026787) | Pre-admitted |
| 233 | 04.11.89 Memos from Liz Rossman to Various HR Reps re. Rollout Hearings<br><br>(Dep. Ex. 233; BP_0028023 – BP_0028027) | Pre-admitted |
| 234 | Strategies for Conducting Successful Meetings re. Acceptance of RAP<br><br>(Dep. Ex. 234; BP_0026706 -BP_0026718) | Pre-admitted |
| 235 | BP RAP Video Script Final 5.2.1989<br><br>(Dep. Ex. 235; BP_0028693 – BP_0028710) | 6/22/23 |
| 236 | Communications Objective<br><br>(Dep. Ex. 236; BP_0026926 – BP_0026995) | Pre-admitted |
| 238 | BP America RAP Highlights Slide Deck<br><br>(Dep. Ex. 238; BP_0027844 – BP_0027873) | Pre-admitted |
| 239 | BP America RAP Major Features effective 1/1/89<br><br>(Dep. Ex. 239; BP_0028252 – BP_0028288) | Pre-admitted |
| 241 | Train the Trainers Q&A<br><br>(Dep. Ex. 241; BP_0027874 – BP_0027886) | Pre-admitted |
| 246 | Decl of Ellen Collier in French v. BP Corp North America<br><br>(Dep. Ex. 246) | 6/22/23 |
| 247 | Pamphlet Introducing the RAP (Short Brochure)<br><br>(Dep. Ex. 247; BP_0027990 – BP_0027997) | Pre-admitted |
| 248 | Testimony of Ellen Collier dated June 7, 2005 to Senator Mikulski and Chairman DeWine<br><br>(Dep. Ex. 248) | 6/22/23 |
| 249 | 03.06.20 Seyfarth Letter re Numerosity<br><br>(Dep. Ex. 249) | 7/11/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 250 | 03.26.20 Seyfarth Letter re. supplement to March 6 Letter<br><br>(Dep. Ex. 250) | 7/11/23 |
| 251 | 06.20.20 Seyfarth Letter re. Amend DataPoint #2 in March 6, 2020 Letter re. numerosity<br><br>(Dep. Ex. 251) | 7/11/23 |
| 275 | Lawrence Deutsch Aff of Aug. 7, 2020<br><br>(Dep. Ex. 275) | 7/11/23 |
| 276 | Expert Report of Deutsch<br><br>(Dep. Ex. 276) | 7/11/23 and 7/14/23 |
| 277 | Second Declaration of Lawrence Deutsch<br><br>(Dep. Ex. 277) | 7/17/23 |
| 294 | RAP Plan dated Jan. 1989<br><br>(Dep. Ex. 294; BP_0000085 – BP_0000187) | Pre-admitted |
| 296 | 10.15.20 Expert Report of Steve Grenadier<br><br>(Dep. Ex. 296) | 7/11/23 |
| 297 | ARP Plan Doc amended as of Jan. 1989<br><br>(Dep. Ex. 297; BP_0000001 – BP_0000084) | Pre-admitted |
| 299 | 10.15.20 Expert Report of Thomas Terry<br><br>(Dep. Ex. 299) | 7/11/23 |
| 300 | 11.11.20 Suppl Report of Thomas Terry<br><br>(Dep. Ex. 300) | 7/11/23 |
| 301 | 09.18.20 Decl. of Thomas Terry<br><br>(Dep. Ex. 301) | 7/18/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 400 | August 26, 1988 Letter from Karen S. Salinaro, Consulting Actuary of Kwasha Lipton to Elizabeth Rossman, Manager of Pension Plans for BP America, Inc. w/ "Details of Proposed Account Balance Plan Formula" prepared by Kwasha Lipton<br><br>(Dkt. 01-04 Exhibit D (to Complaint); Depo Exhibit 183 & 47; BP_0027633 - BP_0027648) | Pre-admitted |
| 401 | BP America Inc. Retirement Plan, Restated and Amended as of January 1, 1988<br><br>(BP_0000001 - BP_0000084; Dkt. 192, Ex. A) | Pre-admitted |
| 403 | March 7, 2014 Letter from Stanley Sporkin to John Minge w/ Attached Office of Ombudsman Confidential Investigation Final Report and Exhibits<br><br>(Dkt. 01-01 Exhibit A (to Complaint); BP_0024568 - BP_0024571 (letter)) | 7/18/23 |
| 405 | June 3, 2015 Letter from BP Legal (Russell Shurtz) to Vicki Beckenbaugh, re. Guenther Pension Claim - Document Request<br><br>(Dkt. 01-03 Exhibit C (to Complaint); BP_0014825 - BP_0014831) | 7/18/23 |
| 407 | Undated ARP SPD relied upon by Larry D<br><br>(BP_0003568 - BP_0003599) | Pre-admitted |
| 408 | Larry Deutsch CV (Ex A to Second LD Declaration)<br><br>(Dkt. 223-01 Exhibit A) | Pre-admitted and Admitted 7/11/23 |
| 414 | Activity high-level description PPT slide<br><br>(BP_0030220) | 7/18/23 |
| 416 | Conf. Draft Ombudsman Holding Statement<br><br>(BP_0030580) | 7/18/23 |
| 418 | 6.18.2014 Ewing Email to Bradley re. Comms Plan<br><br>(BP_0030224 - BP_0030225) | 7/18/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 421 | 1990 Economic Report of the President | 7/17/23 |
| 422 | Rule 11 Letter Sent to Plaintiffs and Plaintiff's Counsel<br><br>(Dkt. 212, Ex. 4 (pp. 154 - 251) (includes Rule 11 Letter and Exhibits "A" - "Q")) | 7/12/23 |
| 424 | 01.29.13 Email Minge to Guenther re. re. Heritage SOHIO<br><br>(GUE 013805) | Pre-admitted |
| 425 | 05.02.22 Supplemental Expert Report of Lawrence Deutsch | 7/11/23 |
| 426 | Depo Ex. 227 with pg. 4<br><br>(BP_0027556 - BP_BP_0027559) | Pre-admitted |
| 427 | York Declaration in Support of MSJ (with Exhibits) | Pre-admitted |
| 428 | 08.19.2020 BP's Response to 5th Requests for Production, 2nd Interrogatories | 7/11/23 |
| 429 | 01.07.22 BP's Response to 1st Interrogatories | 7/11/23 |
| 431 | 2000 RAP<br><br>(BP_0001045 - BP_0001251) | Pre-admitted |
| 432 | 2009 RAP<br><br>(BP_0002388 - BP_0002770) | Pre-admitted |
| 433 | 2015 RAP<br><br>(BP_0002848 - BP_0002951) | Pre-admitted |
| 434 | Determination of Guenther normal pay for vacation<br><br>(BP_0020573) | Pre-admitted |
| 435 | 1989 Sch B, Retirement Assumptions<br><br>(BP_0024169 - BP_0024263) | Pre-admitted |
| 436 | Letter on cost<br><br>(BP_0027051 - BP_0027061) | Pre-admitted |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 437 | Guenther pre-2000 plan records<br><br>(BP_0033107 - BP_0033155) | Pre-admitted |
| 438 | Black's calcs<br><br>(BP_0056006) | 7/12/23 |
| 439 | Black's calcs<br><br>(BP_0056011) | 7/12/23 |
| 440 | Glaser letter about ARP better than RAP in 1989<br><br>(BP_0056098) | 7/12/23 |
| 441 | Horn's calcs<br><br>(BP_0059568) | 7/12/23 |
| 442 | Adams calcs<br><br>(BP_0061956) | 7/12/23 |
| 443 | Horn's calcs<br><br>(BP_0062414) | 7/12/23 |
| 444 | Guenther Pay Stubs<br><br>(GUE_014642 - GUE_014668) | Pre-admitted and Admitted 7/14/23 |
| 445 | Guenther Pay Stubs<br><br>(GUE_014669 - GUE_014682) | Pre-admitted and Admitted 7/14/23 |
| 446 | Guenther Pay Stubs<br><br>(GUE_014683 - GUE_014697) | Pre-admitted and Admitted 7/14/23 |
| 447 | Guenther Pay Stubs<br><br>(GUE_014972 - GUE_014990) | Pre-admitted and Admitted 7/14/23 |
| 458 | 4.17.2014 York to Chang Email re. hypo. Calcs<br><br>(BP_0030563) | 7/18/23 |
| 459 | 6.22.2014 York to Dudley Email re. draft note to USBC updating on Sohio status<br><br>(BP_0030572) | 7/18/23 |

| PLAINTIFFS' TRIAL EX. # | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 460 | Owen Opening Account Letter<br><br>(BP_0043043 - BP_0043044) | Pre-admitted |
| 461 | Owen 12/31/1988 accrual backup<br><br>(BP_0052539 - BP_0052540) | Pre-admitted |
| 463 | Mr. Terry's calculations re. Owen attached to his Declaration.<br><br>(BP_0033244 (in native format)) | Pre-admitted |
| 464 | Guenther Pay Stubs<br><br>(GUE_014810 - GUE_014834) | Pre-admitted |
| 465 | 9.16.2014 Email from Heller to Keller<br><br>(BP_0031100 – BP_0031103) | 7/18/23 |
| 466 | 8.2.2014 Email from Segura to Pillai<br><br>(BP_0031152 – BP_0031154) | 7/18/23 |
| 471 | Email correspondence between Jeff Heller and Billie Garde re. suggestions for changes to stmt<br><br>(BP_0026265 - BP_0026266) | 7/18/23 |
| 571 | T L Coakley Benefit Form Summary | 7/12/23 |
| 572 | T L Coakley Check | 7/12/23 |
| 573 | T L Coakley Lump Sum | 7/12/23 |
| 574 | J G Reitz FAE Annuity Calcs | 7/12/23 |
| 576 | F Guenther "Defined Benefit Calculation Detail Worksheet" | 7/12/23 |
| 587 | Defendant's Initial Disclosures | 7/18/23 |

Dated:  August 31, 2023

Respectfully submitted,

By /s/ Peter Steilberg, III
  Peter Steilberg, III   Attorney In Charge
  Washington State Bar No. 22190
  S.D. Texas Bar No. 2639089
  psteilberg@mhlseattle.com
  Philip R. Meade, Of Counsel
  pmeade@mhlseattle.com
  Rossi F. Maddalena, Of Counsel
  rmaddalena@mhlseattle.com

MERRICK, HOFSTEDT
  & LINDSEY, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121-3017
(206) 682-0610 - Telephone
(206) 467-2689 - Facsimile
*Attorneys for Plaintiffs*

  Leander L. James, Of Counsel
  ljames@jvwlaw.net
  Susan P. Weeks, Of Counsel
  sweeks@jvwlaw.net
  Brady L. Espeland, Of Counsel
  brady@jvwlaw.net

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur D'Alene, ID 83814
(208) 667-0683 – Telephone
(208) 664-1684 – Facsimile
*Attorneys for Plaintiffs*

18


PX437
(Redacted).pdf  **CERTIFICATE OF SERVICE**

I do hereby certify that on August 31, 2023, I electronically filed the foregoing **PLAINTIFFS' SECOND AMENDED EXHIBIT LIST** using the Court's CM/EFC method, and that a copy of the foregoing was served on all counsel of record, as listed below, via the Court's CM/EFC method. This document was filed with the permission of the attorney in charge for Plaintiffs.

Ian Morrison
Thomas Horan
SEYFARTH SHAW LLP
233 South Wacker Drive, Ste 8000
Chicago, IL 60606

Esteban Shardonofsky
Emma Mata
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002-2812

Steven R. Rech
Monica Fitzgerald
VORYS, SATER, SEYMOUR & PEASE
909 Fannin, Suite 2700
Houston, TX 77010

*/s/ Susan P. Weeks*